COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| | § | No. 08-23-00225-CV |
| IN RE: CLAUDIA PATRICIA ZARAGOZA DELGADO | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Lyda Ness Garcia, presiding judge of the 383rd District Court of El Paso County, Texas, and concludes that Relator's petition for writ of mandamus should be conditionally granted. We therefore direct the trial court to vacate its order partially granting Husband's motion for summary judgment "in conformity with" our earlier opinion, in accordance with the opinion of this Court. The writ of mandamus will issue should the trial court fail to comply.

IT IS SO ORDERED THIS 9TH DAY OF OCTOBER, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Soto, J., and Ferguson, Judge
Ferguson, Judge (Sitting by Assignment)